# Schedule A

| No. | Store Name | ASIN |
| --- | --- | --- |
| 1 | yuanji poster | B0FJXMP62W |
| 2 | guo999444 | B0G2RNDRL4 |
| 3 | Giant Screen Era Trading Limited | B0G1BP8YJ1 |
| 4 | Guangshuishiyuanshengmingcheqichexiaoshouyouxiangongsi | B0G4F5PLF3 |
| 5 | Guangshuishiliangqishangmaoyouxiangongsi | B0G4F66W5S |
| 6 | Wenzhouxiyuexieyeyouxiangongsi | B0G4DWRDWW |
| 7 | QJY-QIN | B0FQ41WJQB |
| 8 | jiang yue yan | B0G5JVGBB1 |
| 9 | Tingli Meisu | B0FSDXLD1F |
| 10 | Jinhuashiyiqingmiaomuyouxiangongsi | B0GHY6VQS8 |
| 11 | Sanmenxiashijizhen | B0G319CJTJ |
| 12 | Guangzhouhanqiushangmao | B0G31DX1N8 |
| 13 | Xingwangstore | B0DF4HVTFW |
| 14 | Yupeihhhllt | B0F1FBBLZY |
| 15 | Zhengzhoufengyijixiejinchukouyouxiangongsi | B0GSMW156R |
| 16 | HuiXianShiMuZhiYuGongYiPinYouXianGongSi | B0GPCPKMSY |
| 17 | 永城市天雷机械租赁有限公司 | B0GNH6YXNC |
| 18 | ShanDongQiuYeDiJingJianZhuZhuangHuangYouXianGongSi | B0GL8DW8X5 |
| 19 | Guangzhouzhuolveqiyezixunyouxiangongsi | B0FSYCVYVH |
| 20 | Guangzhouhanjiefuzhuangyouxiangongsi | B0FVPVPSD8 |
| 21 | Ganzhouyingxinershoucheyouxiangongsi | B0FXBK6769 |
| 22 | Kaylynnorthcote | B0FK1SWR1G |
| 23 | Hongdongxianxiaoyongshangmaoyouxiangongsi | B0C2XT2S7K |
| 24 | WangDanXia | B07OOKWI2N |
| 25 | ZhangKe85 | B0UQJFNJGI |
| 26 | liuboshop888 | B0OB6KX0VH |

| 27 | guohuadamaiba11 | B0G67LULH8 |
|---|---|---|
| 28 | Ivookfe | B0EPMLWDVS |
| 29 | Jkeke | B0JIITJQ18 |
| 30 | Tablet flagship store | B07J5RD4XK |
| 31 | XYYWSRY Dresses | B03GUY1JGM |
| 32 | Junfanbaihuoyouxiang | B085QV8LD6 |
| 33 | Xianyimaoyi | B05YML77V2 |
| 34 | Guangzhoumiwu | B01R6V3DGW |
| 35 | Then our business | B0HHYSM2B5 |
| 36 | HuiCongCaiZhong | B0NL1Y2V4J |
| 37 | Shuyeozil | B0KRKR0UJV |
| 38 | yinlin112233 | B0M5EJ3A3M |
| 39 | feijiajia0805 | B0WKGB35YW |