# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SAFE&SAFETY, INC. and SHENZHEN ZHENGMI TECHNOLOGY CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUALS AND ENTITIES IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | No. 24-cv-03459 <br><br> Judge John F. Kness |

## SATISFACTION OF JUDGMENT

WHEREAS, a Final Judgment Order was entered in the above-captioned action on February 10, 2026 (Dkt. No. 120), in favor of Plaintiffs Safe&Safety, Inc. and Shenzhen ZhengMi Technology Co., Ltd. ("Plaintiffs") and against all Defendants who have not otherwisebeen dismissed from this action (the "Defaulting Defendants"), awarding damages in the amount of sixty thousand dollars ($60,000) per Defaulting Defendant for willful infringement of U.S. Patent No. 11,112,212; and

WHEREAS, Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest, and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant(s):

| Def. No. | Defendant Seller | Amazon Seller ID |
|---|---|---|
| 30 | Ning Bo Dong Ying Ji Li Electronics Ltd. | A388HW11SXQDOZ |
| 58 | Shenzhen Huixinyuan Technology Co., Ltd | A3OP025K2R438 |

| 72 | shenzhenshiqihongfukejiyouxiangongsi | AL94N6BDPLUM7 |
| 85 | lin xian cheng xin ri za bai huo shang dian | A1AGZQMUO8FU94 |
| 86 | TaiYuanShiJiFeiHongKeJiYouXianGongSi | A1MREL7RAT3BP9 |

**THEREFORE**, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: April 30, 2026

Respectfully submitted,

*/s/ Shaoyi Che*
Shaoyi Che, Esq.
[TX#24139843] [DC#90017790]
YoungZeal LLP
9355 John W. Elliot Dr, Ste 25555,
Frisco, TX 75033
Tel: (717) 440 3382
Che@yzlaw.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on  April 30, 2026, I caused a true and correct copy of the foregoing to the filed on the Court's CM/ECF system, which served notice on all counsel of record.

By: */s/ Shaoyi Che*
Shaoyi Che