**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| NEXTCLIMB INVESTMENTS, LLC<br>                    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE A,<br><br>                    Defendants. | Civil Action No. 1:26-cv-04200<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF SHAOYI CHE

I, Shaoyi Che, declare as follows:

1. This declaration is based on my personal knowledge of the facts stated herein or on information obtained through investigation conducted in the course of representing Plaintiff in this matter. If called as a witness, I could and would testify competently to the matters stated herein.

2. I am an attorney duly admitted to practice before the United States District Court for the Northern District of Illinois. I am counsel for Plaintiff in this action.

3. During pre-suit investigation, I discovered that all Defendants listed the same generalized business address on Amazon: Xingangzhonglu No. 397, Guangzhou TIT Creative Park B1, Guangdong, China. See Am. Compl. ¶ 32. I found this address to be facially unreliable because every Defendant listed the exact same address despite operating under different seller identities. The address also lacked a suite number, office number, unit number, or any other information identifying a specific business location.

4. Following the Seventh Circuit's decision in *Kangol LLC v. Hangzhou Chuanyue Silk Imp. &*

1

*Exp. Co.*, No. 25-2205, 2026 WL 1502198 (7th Cir. May 29, 2026), I undertook additional efforts to verify the address by retaining an investigator to physically inspect the location.

5. The investigator reported that the purported address appeared to be a commercial plaza and that the property did not contain a basement level corresponding to "B1." The investigator was unable to locate any office, suite, or business premises matching the address provided by Defendants. A true and correct copy of photographs taken during the investigation is attached hereto as Exhibit 1.

6. Based on my investigation and the investigator's findings, I believe that the address provided by Defendants is not a valid or verifiable physical address and is not reasonably capable of effecting service of process.

 

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 16, 2026

*Shaoyi Che*

Shaoyi Che

Counsel for Plaintiff