# EXHIBIT 1



T.I.T 创意园

时科创

时尚·创意·科技
FASHION· CREATIVITY
SCIENCE AND TECHNOLOGY

21:25

2026.06.11　星期四　● 广州市·T.I.T创意园

水印相机

